In the Matter of the Claim of BESSIE PEAKE et al., Respondents, v. FRED W. LAKIN et al., Appellants.

*Matter of Peake v. Lakin*, 176 App. Div. 917, affirmed.
(Submitted April 23, 1917; decided May 8, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 17, 1917, affirming an award of the state industrial commission under the Workmen's Compensation Law. The husband and father of claimants was killed while engaged as a lumberman through the falling of a tree. It appeared that defendant Lakin had entered into a contract with one Mallory to peel and load on cars certain bark. Mallory testified that he had procured the deceased and another man to assist him and that "We (three men) were working under a partnership agreement and there was no boss, each doing his share of the work." The question was whether the deceased was in the employ of Lakin.

*Joseph F. Murray* and *Robert M. McCormack* for appellants.

*Egburt E. Woodbury*, Attorney-General (*E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, CRANE and ANDREWS, JJ. Not voting: McLAUGHLIN, J.